**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

**DONALD JUNIOR McCRAY**,

                **Petitioner**,

     v.                          **Civil No. 9:00-CV-885 (GLS)**

**SUPERINTENDENT, COLLINS**
**CORRECTIONAL FACILITY,**

                **Respondent.**

| **APPEARANCES:** | **OF COUNSEL:** |
|---|---|
| **FOR PETITIONER:** | |
| **DONALD JUNIOR McCRAY**<br>*Pro Se*<br>97-A-0738<br>Marcy Correctional Facility<br>Box 3600<br>Marcy, NY 13403-3600 | |
| **FOR RESPONDENT:** | |
| **HON. ELIOT SPITZER**<br>Office of the Attorney General<br>615 Erie Boulevard West<br>Suite 102<br>Syracuse, NY 13204-2455 | **MARIA MORAN**<br>Assistant Attorney General |

**Gary L. Sharpe**
**U.S. District Judge**

## Decision and Order

Pending is Donald Junior McCray's objections to Magistrate Judge George H. Lowe's report recommending that his habeas petition be denied.[1]  *See Pet., Dkt. No. 1; Report-Recommendation ("R&R"), Dkt. Nos. 24 -25; see also* 28 U.S.C. § 2254.  Since the filing of these objections, McCray has passed away and his petition is now moot.  *See Inmate Lookup Information available at* http://nysdocslookup.docs.state.ny.us.  Accordingly, his petition is moot, and is dismissed.

Wherefore, it is hereby

**ORDERED** that Petitioner Donald Junior McCray's petition for a writ of habeas corpus (*Dkt. No. 1*) is **DENIED AS MOOT**; and it is further

**ORDERED** that the Clerk of Court close this case.

**IT IS SO ORDERED.**

Dated: March 10, 2006
       Albany, New York

*Gary L. Sharpe*
U.S. District Judge

---

[1] The court assumes familiarity with Judge Lowe's report, and the Clerk is directed to append the report to this decision.